IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| BUSH | : | 02-1425 |
| SANTANA | : | 02-1431 |
| AFFOLTER | : | 02-1526 |
| FINEGOOD | : | 02-1536 |
| HUDSON | : | 02-1547 |
| ROBERTS | : | 02-1555 |
| SEUTTER | : | 02-1576 |
| WENDT | : | 02-1616 |
| SYDES | : | 02-1665 |
| BEST | : | 02-1752 |
| BETLEY | : | 02-1954 |
| SPROUL | : | 02-1975 |
| JONES | : | 02-1978 |
| SADANG | : | 02-1983 |
| SHUSTER | : | 02-2048 |
| BAINES | : | 02-2276 |
| FEMRITE | : | 02-2294 |
| HARRIS | : | 02-2306 |
| PITZ | : | 02-2309 |
| COOPER | : | 02-2366 |
| VOLANTI | : | 02-2457 |
| HUGHES | : | 02-2479 |
| COWAN | : | 02-2482 |
| MEDEIROS | : | 02-2500 |
| FOSTER | : | 02-3054 |
| BANKS | : | 02-3071 |
| LOPEZ | : | 02-3131 |
| BENJAMIN | : | 02-3259 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

       **AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

|     |     |     |     |
| --- | --- | --- | --- |
| [   ] | - | | Order staying these proceedings pending disposition of a related action. |
| [   ] | - | | Order staying these proceedings pending determination of arbitration proceedings. |
| [   ] | - | | Interlocutory appeal filed. |
| [ X ] | - | | Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>. |

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Charles R. Weiner, Judge**